NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0006130**
**21-MAR-2014**
**12:21 PM**

NO. CAAP-13-0006130

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

THE ESTATE OF
RUSSELL LYNN STRUYK, Deceased

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1LP 10-1-0317)

AMENDED ORDER GRANTING THE
FEBRUARY 27, 2014 "WITHDRAWAL OF APPEAL"
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the "Withdrawal of Appeal" (Motion), filed on February 27, 2014 by Interested Party/Appellant William C. Struyk, pro se (Appellant), the records and files herein, and noting no opposition, it appears that Appellant seeks to dismiss the appeal.

Therefore, IT IS HEREBY ORDERED that the Motion is granted, and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, March 21, 2014.

Presiding Judge

Associate Judge

Associate Judge